THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. WALTER MAKOWSKI, Defendant-Appellant.

Second District   No. 2—90—0579

Opinion filed May 22, 1992.—Rehearing denied June 25, 1992.

The above-captioned opinion, filed May 22, 1992, was withdawn June 25, 1992.